No. 877. HIGHFILL ET AL. *v.* DILATUSH. May 15, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Archer Wheat-*

*ley* for petitioners. *Mr. E. L. Westbrooke* for respondent.